# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 31, 2013

Lyle W. Cayce
Clerk

No. 12-11178
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

BURVON KING, also known as Chocolate,

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:92-CR-141-16

Before BARKSDALE, CLEMENT, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Burvon King, federal prisoner # 21029-077, appeals the district court's denying his 18 U.S.C. § 3582(c)(2) sentence-reduction motion. (He has filed several such motions previously.) King's brief is virtually identical to the motion filed in district court. The brief fails to identify any error in the denial of his § 3582(c)(2) motion. Although a *pro se* brief is afforded liberal construction, *e.g.*, *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993), when appellant fails to identify any error in the district court's analysis, it is the same as if appellant

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-11178

has not appealed that issue, *Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). King has abandoned the only issue on appeal by failing to brief it adequately. *E.g.*, *Yohey*, 985 F.2d at 224-25.

AFFIRMED.